IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GREGORY DELMUS STATON, *Plaintiff,* | CIVIL ACTION NO. 6:15-cv-00034 |
| v. | ORDER |
| JOHN DOE, ET AL., *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's motion for an extension of time to serve defendants not yet served (Dkt. 9), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (Dk. 17, hereinafter "Report"). Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. On August 19, 2016, Judge Ballou filed a Report recommending that Plaintiff's motion for an extension of time be denied and that Plaintiffs claims against defendants not yet served (John Does 2-10 and Jane Doe) be dismissed without prejudice for failure to serve process within the time provided by Federal Rule of Civil Procedure 4(m). After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of August 19, 2016, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for an extension of time to serve defendants (Dkt. 9) is hereby **DENIED**;

3. Plaintiffs claims against defendants John Does 2-10 and Jane Doe are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this __12th__ day of September, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE