IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GREGORY DELMUS STATON, *Plaintiff,* | CIVIL ACTION NO. 6:15-cv-00034 |
| v. | ORDER |
| JOHN DOE, ET AL., *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's motion to amend and motion for default judgment (dkts. 12 and 13), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (Dk. 19, hereinafter "Report"). Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. On October 12, 2016, Judge Ballou filed a Report recommending that Plaintiff's motion to amend be granted and that his motion for default judgment be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of October 12, 2016, is hereby **ADOPTED** in its entirety;

2. Plaintiff's motion to amend/correct the complaint to name USG7, LLC (dkt. 12) is **GRANTED**;

3. Plaintiff's motion for default judgment is **DENIED**,

4. Claims against John Doe 1/USG7, LLC are **DISMISSED**, with leave to amend. However, if Plaintiff fails to amend within twenty-one (21) days, claims against USG7, LLC will be **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this __1st__ day of November, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE